Exhibit "A"

Cause No. 12-0037-C26

| | | |
|---|---|---|
| KEVIN BIERWIRTH, | § | IN THE |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| v. | § | 26TH JUDICIAL DISTRICT COURT |
| | § | |
| BANK OF AMERICA, N.A., AS | § | |
| SUCCESSOR BY MERGER TO BAC | § | |
| HOME LOANS SERVICING, L.P., F/K/A | § | |
| COUNTRYWIDE HOME LOANS | § | |
| SERVICING, L.P. | § | |
| | § | |
| **Defendant.** | § | OF WILLIAMSON COUNTY, TEXAS |

## INDEX OF STATE COURT ACTION FILE

1)      Payment Receipt ; and

2)      Docket Sheet and;

3)      Citation of Service and;

4)      Citation of Service and;

5)      Green Card Receipt, and;

6)      Plaintiff's Verified Original Petition For Declaratory , and;

7)      Affidavit of Inability to Pay, and ;

# OFFICIAL RECEIPT

# Lisa David
## Williamson County District Clerk
P.O. Box 24
Georgetown, Texas 78627



Payor
McGlinchey Stafford, PLLC, 2711 N Haskell Ave., Ste. 2700, D

Receipt No.
**2012-79103**

Transaction Date
01/26/2012

| Description | | | Amount Paid |
|---|---|---|---|
| Miscellaneous Payment | | | |
| | Copies | | **4.75** |
| | | Copies | 1.00 |
| | | Copies | 3.75 |
| | **SUBTOTAL** | | **4.75** |

| | | **PAYMENT TOTAL** | **4.75** |
|---|---|---|---|

| | | Check (Ref #1481) Tendered | 4.75 |
|---|---|---|---|
| | | Total Tendered | **4.75** |
| | | Change | 0.00 |

| 01/26/2012 | Cashier | Audit | |
|---|---|---|---|
| 03:04 PM | Station DS5 | 4849511 | |

## OFFICIAL RECEIPT

# OFFICIAL RECEIPT

## Lisa David
**Williamson County District Clerk**
P.O. Box 24
Georgetown, Texas 78627



Payor
McGlinchey Stafford, PLLC, 2711 N Haskell Ave., Ste. 2700, [

Receipt No.
**2012-79103**

Transaction Date
01/26/2012

| Description | | Amount Paid |
|---|---|---|
| Miscellaneous Payment | | |
| Copies | | **4.75** |
| Copies | | 1.00 |
| Copies | | 3.75 |
| **SUBTOTAL** | | **4.75** |

**PAYMENT TOTAL** | **4.75**

| | |
|---|---|
| Check (Ref #1481) Tendered | 4.75 |
| Total Tendered | **4.75** |
| Change | 0.00 |

| | | |
|---|---|---|
| 01/26/2012 | Cashier | Audit |
| 03:04 PM | Station DS5 | 4849511 |

## OFFICIAL RECEIPT

STATE OF TEXAS
COUNTY OF WILLIAMSON
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF THE ORIGINAL IN MY CUSTODY.
GIVEN UNDER MY HAND AND SEAL OF OFFICE
DATE _____ A.D. 20___

LISA DAVID
DISTRICT CLERK OF WILLIAMSON COUNTY

JUDGE'S CIVIL DOCKET

DISTRICT COURT, WILLIAMSON COUNTY, TEXAS

**PAUPER'S OATH**

vs.

12-0037-C26                    January 10, 2012
KEVIN BIERWIRTH VS. BANK OF AMERICA, NA.
SUCCESSOR BY MERGER TO BAC HOME LOANS
SERVICING, LP, FKA COUNTRYWIDE HOME LOANS
SERVICING

26TH JUDICIAL DISTRICT COURT
OTHER – CIVIL

| Atty for Pl. | Atty for Dt. | Cause of Action | File Date |
|---|---|---|---|

ORDERS OF COURT

| Date | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## CITATION BY CERTIFIED MAIL
## THE STATE OF TEXAS, COUNTY OF WILLIAMSON
### NO. 12-0037-C26

KEVIN BIERWIRTH VS. BANK OF AMERICA, NA. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP. FKA COUNTRYWIDE HOME LOANS SERVICING

TO:     **BANK OF AMERICA NA**
        **CT CORPORATION SYSTEM REGISTERED AGENT**
        **350 N ST PAUL ST**
        **SUITE 2900**
        **DALLAS TX 75201**

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

NOTICE: This constitutes service by certified mail as allowed by RULE 106(a)(2) of the TEXAS RULES OF CIVIL PROCEDURE.

Attached is a copy of the PLAINTIFF'S VERIFIED ORIGINAL PETITION FOR DECLARATORY QUIET TITLE ACTION AND SUIT FOR UNLAWFUL FORECLOSURE in the above styled and numbered cause, which was filed on the 10th day of January, 2012, in the 26th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, on this the 10th day of January, 2012.

ADDRESS OF ATTORNEY FOR PLAINTIFF:
Kevin L Bierwirth
13276 Research Blvd #204
Austin, TX 78750

**LISA DAVID, DISTRICT CLERK**
Williamson County, Texas
P. O. Box 24, 405 M.L.K. Street
Georgetown, Texas 78627-0024

BY: _____
Shannon Beck, Deputy

### RETURN OF CITATION BY CERTIFIED MAIL

Came to hand on the 10th day of January, 2012 at 8:04 am, and I hereby certify that on January 10, 2012, I mailed to Bank Of America Na Ct Corporation System Registered Agent 350 N St Paul Suite 2900 Dallas Tx 75201, by certified mail, return receipt requested with restricted delivery, a true copy of this citation together with a copy of Plaintiff's Verified Original Petition for Declaratory Quiet Title Action and Suit for Unlawful Foreclosure attached thereto.

By _____
Shannon Beck, Deputy

Attach certified mail issuance receipt, with certified mail number here.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Po | Bank of America NA |
| *Sent To* | Registered Agent, CT Corporation System |
| *Street, Ap or PO Bo* | 350 N. St. Paul St., Suite 2900 |
| *City, Stat* | Dallas, TX 75201 |
| | 12-0037-C26 |

PS Form 3800, August 2006

Check one of the choices below, then date and sign it:

☐ Service upon the respondent is evidenced by the return receipt incorporated herein and attached hereto, signed for on:

_____ by _____
Date                        Deputy

☐ Service upon the respondent was **NOT executed** for the following reason: _____

_____ by _____
Date                        Deputy

RETURN ORIGINAL TO WILLIAMSON COUNTY DISTRICT CLERK

ORIGINAL

# OFFICIAL RECEIPT

## Lisa David
### Williamson County District Clerk
P.O. Box 24
Georgetown, Texas 78627



Payor
McGlinchey Stafford, PLLC, 2711 N Haskell Ave., Ste. 2700, [

Receipt No.
**2012-79103**

Transaction Date
01/26/2012

| Description | Amount Paid |
|---|---|

Miscellaneous Payment

| | | Amount |
|---|---|---|
| Copies | | **4.75** |
| | Copies | 1.00 |
| | Copies | 3.75 |
| **SUBTOTAL** | | **4.75** |

| **PAYMENT TOTAL** | **4.75** |
|---|---|

| | |
|---|---|
| Check (Ref #1481) Tendered | 4.75 |
| Total Tendered | **4.75** |
| Change | 0.00 |

| 01/26/2012 | Cashier | Audit |
|---|---|---|
| 03:04 PM | Station DS5 | 4849511 |

## OFFICIAL RECEIPT

STATE OF TEXAS
COUNTY OF WILLIAMSON
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF THE ORIGINAL IN MY CUSTODY.
GIVEN UNDER MY HAND AND SEAL OF OFFICE,
DATE _____ AD, 20__

LISA DAVID
DISTRICT CLERK OF WILLIAMSON COUNTY

JUDGE'S CIVIL DOCKET, DISTRICT COURT, WILLIAMSON COUNTY, TEXAS

PAUPER'S OATH

12-0037-C26          January 10, 2012
KEVIN BIERWIRTH VS. BANK OF AMERICA, NA
SUCCESSOR BY MERGER TO BAC HOME LOANS
SERVICING, LP, FKA COUNTRYWIDE HOME LOANS
SERVICING

26TH JUDICIAL DISTRICT COURT
OTHER - CIVIL

File Date

vs.

Atty for Pl.        Atty for Dt.        Cause of Action

ORDERS OF COURT

Date

## CITATION BY CERTIFIED MAIL
## THE STATE OF TEXAS, COUNTY OF WILLIAMSON
## NO. 12-0037-C26

KEVIN BIERWIRTH VS. BANK OF AMERICA, NA. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP. FKA COUNTRYWIDE HOME LOANS SERVICING

TO:   **BANK OF AMERICA NA**
      **CT CORPORATION SYSTEM REGISTERED AGENT**
      **350 N ST PAUL ST**
      **SUITE 2900**
      **DALLAS TX 75201**

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

NOTICE: This constitutes service by certified mail as allowed by RULE 106(a)(2) of the TEXAS RULES OF CIVIL PROCEDURE.

Attached is a copy of the PLAINTIFF'S VERIFIED ORIGINAL PETITION FOR DECLARATORY QUIET TITLE ACTION AND SUIT FOR UNLAWFUL FORECLOSURE in the above styled and numbered cause, which was filed on the 10th day of January, 2012, in the 26th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, on this the 10th day of January, 2012.

ADDRESS OF ATTORNEY FOR PLAINTIFF:          **LISA DAVID, DISTRICT CLERK**
Kevin L Bierwirth                           Williamson County, Texas
13276 Research Blvd #204                     P. O. Box 24, 405 M.L.K. Street
Austin, TX 78750                            Georgetown, Texas 78627-0024

                                            BY: _____
                                                     Shannon Beck, Deputy

## RETURN OF CITATION BY CERTIFIED MAIL

Came to hand on the 10th day of January, 2012 at 8:04 am, and I hereby certify that on January 10, 2012, I mailed to Bank Of America Na Ct Corporation System Registered Agent 350 N St Paul Suite 2900 Dallas Tx 75201, by certified mail, return receipt requested with restricted delivery, a true copy of this citation together with a copy of Plaintiff's Verified Original Petition for Declaratory Quiet Title Action and Suit for Unlawful Foreclosure attached hereto.

                                            By _____
Attach certified mail issuance receipt, with certified mail number here.          Shannon Beck, Deputy

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Pr | Bank of America NA |
| Sent To | Registered Agent, CT Corporation System |
| Street Apt or PO Box | 350 N. St. Paul St., Suite 2900 |
| City, State | Dallas, TX 75201 |
| | 12-0037-C26 |

PS Form 3800, August 2006

Check one of the choices below, then date and sign it:

☐ Service upon the respondent is evidenced by the return receipt incorporated herein and attached hereto, signed for on:

_____ by _____
Date              Deputy

☐ Service upon the respondent was *NOT executed* for the following reason: _____

_____ by _____
Date              Deputy

**RETURN ORIGINAL TO WILLIAMSON COUNTY DISTRICT CLERK**

**ORIGINAL**

## CITATION BY CERTIFIED MAIL
## THE STATE OF TEXAS, COUNTY OF WILLIAMSON
## NO. 12-0037-C26

KEVIN BIERWIRTH VS. BANK OF AMERICA, NA. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP. FKA COUNTRYWIDE HOME LOANS SERVICING

TO:     BANK OF AMERICA NA
        CT CORPORATION SYSTEM REGISTERED AGENT
        350 N ST PAUL ST
        SUITE 2900
        DALLAS TX 75201

DEFENDANT in the above styled and numbered cause:

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment for the relief demanded in the petition may be taken against you.

NOTICE: This constitutes service by certified mail as allowed by RULE 106(a)(2) of the TEXAS RULES OF CIVIL PROCEDURE.

Attached is a copy of the PLAINTIFF'S VERIFIED ORIGINAL PETITION FOR DECLARATORY QUIET TITLE ACTION AND SUIT FOR UNLAWFUL FORECLOSURE in the above styled and numbered cause, which was filed on the 10th day of January, 2012, in the 26th Judicial District Court of Williamson County, Texas. This instrument describes the claim against you.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, on this the 10th day of January, 2012.

ADDRESS OF ATTORNEY FOR PLAINTIFF:          LISA DAVID, DISTRICT CLERK
Kevin L Bierwirth                            Williamson County, Texas
13276 Research Blvd #204                     P. O. Box 24, 405 M.L.K. Street
Austin, TX 78750                             Georgetown, Texas 78627-0024



                                            BY: _____
                                                 Shannon Beck, Deputy

### RETURN OF CITATION BY CERTIFIED MAIL

Came to hand on the 10th day of January, 2012 at 8:04 am, and I hereby certify that on January 10, 2012, I mailed to Bank Of America Na Ct Corporation System Registered Agent 350 N St Paul Suite 2900 Dallas Tx 75201, by certified mail, return receipt requested with restricted delivery, a true copy of this citation together with a copy of Plaintiff's Verified Original Petition for Declaratory Quiet Title Action and Suit for Unlawful Foreclosure attached thereto.

                                            BY _____
Attach certified mail issuance receipt, with certified mail number here.   Shannon Beck, Deputy

| U.S. Postal Service™ | Check one of the choices below, then date and sign it: |
| **CERTIFIED MAIL™ RECEIPT** | ☐ Service upon the respondent is evidenced by the return receipt incorporated herein and attached hereto, signed for on: |
| *(Domestic Mail Only; No Insurance Coverage Provided)* | |
| For delivery information visit our website at www.usps.com™ | _____ by _____ |
| O F F I C I A L  U S E | Date          Deputy |
| Postage $ | ☐ Service upon the respondent was *NOT executed* for the following reason: _____ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | _____ by _____ |
| Total Pr   Bank of America NA | Date          Deputy |
| Sent To   Registered Agent, CT Corporation System | |
| Street, A   350 N. St. Paul St., Suite 2900 | |
| or PO Bo   Dallas, TX 75201 | |
| City, Stat   12-0037-C26 | |
| PS Form 3800, August 2006 | |

RETURN ORIGINAL TO WILLIAMSON COUNTY DISTRICT CLERK

ORIGINAL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bank of America NA
Registered Agent, CT Corporation System
350 N. St. Paul St., Suite 2900
Dallas, TX 75201

12-0037-C26

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
Robert Pina  ☑ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Robert Pina  JAN 1 3 2012

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

FILED
at ___ o'clock ___ M

JAN 1 7 2012

ENTERED

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

District Clerk, Williamson Co., TX.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7011 1150 0000 6283 9606

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

CASE NO.: 12-0037-C26

Kevin Bierwirth

Plaintiff,

vs.

BANK OF AMERICA, NA.
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING, LP. FKA
COUNTRYWIDE HOME LOANS
SERVICING
Defendants

IN THE DISTRICT COURT

NO. 26th

WILLIAMSON COUNTY, TEXAS

Notice to Agents is Notice to Principles
Notice to Principles is Notice to Agents

## PLAINTIFF'S VERIFIED ORIGINAL PETITION FOR DECLARATORY

## QUIET TITLE ACTION AND SUIT FOR UNLAWFUL FORECLOSURE

**Reference:**

This Petition is filed with reference to:

That certain Deed of Trust and Note originated on October 17, 2007 with Countrywide
Bank, FSB the loan number number of which is 180773241 pertaining to the property
known as 104 Bedrock Drive, Liberty Hill, TX 78642 of which the legal description is LOT
24, BOULDERWOOD PARK, PHASE 3, ACCORDING TO THE MAP OR PLAT
THEREOF RECORDED IN CABINET Y, SLIDE 146, PLAT RECORDS, WILLIAMSON
COUNTY, TEXAS.

TO THE HONORABLE JUDGE PRESIDING:

FILED
at 8:04 o'clock A M.

JAN 1 0 2012

Lisa David
District Clerk, Williamson Co., TX.



Plaintiff, KEVIN BIERWIRTH, (herein after referred to as the "Plaintiff") who receives

mail at 13276 Research Blvd. # 204 Austin, Texas 78750 brings an action against BANK

OF AMERICA, NA. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING,

LP. FKA COUNTRYWIDE HOME LOANS SERVICING referred to as the "Defendant" for

unlawful foreclosure and for other causes of action as stated herein:


**DEMAND FOR JURY TRIAL**

Pursuant to Texas rule 216(b), a jury trial is demanded.


**INTRODUCTION**

In a Judicial or Non-Judicial Foreclosure The normal law governing the proper
procedure is governed by the Texas Constitution and the Texas Civil Rules of
Procedures. However, in this case, the more important matter at issue is over the
Promissory Note (a negotiable instrument) and the right of enforcement as granted by
the Deed of Trust. The rights of the Defendant are derivative of the transferee from
whom the Defendant received its rights. The transferee's rights were a derivative of
those rights from whoever transferred those rights to them. This pattern continues back
to the beginning of the Mortgage History. Therefore in order for the Defendant to show
the right to foreclose Defendant must first prove proper Mortgage History and secondly
what authority has been granted to the defendant. Therefore, this controversy is
governed also by the Uniform Commercial Code. As per the Note and the Deed of Trust
the Applicable law shall be "all controlling applicable federal, state, and local statutes,
regulations, ordinances and administrative rules and orders ( that have effect of law) as
well as all applicable final, non-appealable judicial opinions."


A Promissory Note, is a unique negotiable instrument. That uniqueness is
what gives it power. If it were not for the uniqueness of the instrument there would be
numerous conflicting claims and no way to decide who the proper owner is or who has
the right to enforce the terms of the agreement. The law is clear, with few exceptions, a
person must be in possession of the note in order to have any rights. It is for this reason
that the original wet ink signature Promissory Note is a critical piece of material evidence

2

to establish whether or not the Defendant is the Holder in Due Course as governed under the UCC, and if not, who is.

## DISCOVERY LEVEL

1.  Pursuant to Rule §9.01 D,2 of the Texas Rules of Civil Procedure. Plaintiff intends to conduct a Level 2 discovery in this case.

## THE PARTIES

2.  At all times relevant hereto, Plaintiff, **KEVIN BIERWIRTH**, receiving mail at 13276 Research Blvd. # 204 Austin, Texas 78750 is a resident of the State of Texas. The Plaintiff is the owner of the property which is the subject matter of this Petition.

3.  Upon information and belief, at all times relevant hereto BANK OF AMERICA, NA. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP. FKA COUNTRYWIDE HOME LOANS SERVICING whose registered agent is **CT Corporation System 350 N, St. Paul St. , Ste. 2900 Dallas, Texas 75201 -- 4234** is the alleged lender with adverse interest in the controversy. Defendant maintains several offices in Texas and has previously transacted and may continue to transact business throughout the State of Texas.

4.  The Defendants identified in above paragraphs shall be referred to collectively as "Defendants".

5.  Whenever reference is made in this Petition to any act of any Defendant(s), that allegation shall mean that each Defendant acted individually and jointly with the other Defendants.

6.  Any allegation about acts of any corporate or other business Defendant(s) means that the corporation or other business did the acts alleged through its officers,

3

directors, employees, agents and/or representatives while they were acting within the actual or ostensible scope of their authority.

7.  At all relevant times, each Defendant committed the acts, caused or directed others to commit the acts, or permitted others to commit the acts as stated in this Petition. Additionally, some or all of the Defendants acted as the agent of the other Defendants and all of the Defendants acted within the scope of their agency if acting as an agent of another.

8.  At all relevant times, each Defendant knew or realized that the other Defendants were engaging in or planned to engage in the violations of law as stated in this Petition. Knowing or realizing that other Defendants were engaging in or planning to engage in unlawful conduct, each Defendant nevertheless facilitated the commission of those unlawful acts. Each Defendant intended to and did encourage, facilitate, or assist in the commission of the unlawful acts, and thereby aided and abetted the other Defendants in the unlawful conduct.

9.  The violations of law as stated in this Petition occurred in Texas and the United States.

## JURISDICTION AND VENUE

10. The subject matter in controversy is within the jurisdictional limits of this Court. The Court has personal jurisdiction because the property, which is the subject of the litigation and the same, is located in Williamson County Texas. See §17.56 of the Texas Business and Commerce Code.

11. Defendants are doing business in Texas and, have committed torts in the State of Texas.

12. Venue is proper under the mandatory venue rules § 15.001, 15.002(A), (1) of the Texas Civil Practice and Remedies Code.

4

## BACKGROUND MATERIAL FACTS

13. On  January 2, 2011  Christopher J. Krabill and wife Lori Henk conveyed all interest
    in the real property described as 104 Bedrock Drive, Liberty Hill, TX 78642 of which
    the legal description is LOT 24, BOULDERWOOD PARK, PHASE 3, ACCORDING
    TO THE MAP OR PLAT THEREOF RECORDED IN CABINET Y, SLIDE 146, PLAT
    RECORDS, WILLIAMSON COUNTY, TEXAS. to KEVIN BIERWIRTH.

### JUDICIAL NOTICE

14. If Defendant is unable to prove it is a Holder in Due Course or the Secured Party
    and is unable to establish lawful authority from the true Note Holder in Due Course
    or the Secured Party, then it has no Standing or right of enforcement.

### CAUSES OF ACTION

15. Defendant is not a real party in interest and had no legal standing to foreclose on
    the Property.

16. Defendant is not the Secured Party and had no legal standing to foreclose on the
    Property.

17. Further, standing "requires that a party seeking relief have a legally cognizable
    interest in the subject matter and that he has a threatened or actual injury.

18. The Note has been securitized and is now part of a public offering placed in a Trust.
    Therefore the Defendant can not claim ownership without committing securities
    fraud and is thereby bringing fraud before the court.

19. Defendant does not have the original Note and can not show proper chain of
    transfers of the Deed of Trust or authority to foreclose on the property.  A point at

5

issue in this controversy involves the authenticity of a Promissory Note with Allonge, the Note and Deed of Trust's history of transfers and assignments and Defendant's *standing* to enforce foreclosure on property referenced above.

20. Plaintiff hereby Moves this Court to enter an Order compelling all parties who can lay lawful claim on the Deed of Trust to do so by presentment of valid enforceable proof of claim.

21. Defendant brings multiple accounts of fraud before the court by claiming to be the Note Holder, the Secured Party and claiming to have fulfilled the requirements of non judicial foreclosure

22. Breach of contract. Defendant has not followed the terms of the Note and Deed of Trust. The terms of the Deed of Trust have been violated by the Defendant making the Deed of Trust unenforceable.

23. The Note and Deed of Trust have been Bifurcated nullifying the Deed of Trust resulting in no right to foreclose.

24. Unconscionability. Defendant has fraudulently committed multiple violations of local, state and federal laws in an effort to receive unjust enrichment.

25. Defendant violates the laws governing the Note and the Deed of Trust as a matter of practice in an effort to cut costs and many of these laws.

26. Defendants have committed Fraud and extortion to abuse the Non judicial process to suit their needs and requirements.

27. Defendant has failed to meet the precedent conditions to Non Judicial Foreclosure.

28. Defendant has put the Plaintiff's property at risk by doing business out side the limits of defendants authority as a licensed bank and under defendant's corporate charter.

29. Defendant misled the Plaintiff as to the purpose of creating the Note and what would happen to the Note after the Note was endorsed. These misrepresentations were intentional and designed to conceal the undue enrichment of the Lender.

6

30. The Defendant breached its fiduciary responsibility to the Plaintiff by not disclosing all of the facts concerning the Note and Deed of Trust and acting in a manner that puts the Plaintiff's property at risk.

31. The Defendant by wrongfully foreclosing on the Plaintiff's Property has caused irreparable damage to the Plaintiff, depriving the Plaintiff of the right to private property, the enjoyment of the fruits of their labors, and deliberately creating conditions whereby the Plaintiff's resources are extinguished in an effort to limit Plaintiff's ability to defend their rights.

32. Defendants actions have been deliberately designed to inflate the cost of reinstating the loan and creating circumstances whereby the Plaintiff could not qualify for loan Modification allowing the Defendant to give the appearance of offering help while working to do the opposite.

33. Defendant is not in compliance with the FASB (Financial Accounting Standards Board) part of the GAAP FAS 5, 95,125,133,140.


**PRAYER FOR RELIEF**

34. WHEREFORE, if Defendant fails to produce a lawful proof of claim and proof of standing as the Holder in Due Course or as the Secured Party, and a complete lawful history of the Deed of Trust matching the history of the Note Plaintiff respectfully moves this Court to enter a Quite Title judgment ordering the following remedies.

35. Release Plaintiff from all claims in relation to Defendant's foreclosure.

36. Award Quiet Title to the Property that is the subject of this suit.

37. Mark the Note as "Settled in Full" for the Defendant's record, as well as all public

38. records including but not limited to; all credit bureaus and county records.

39. Declare the Recorded Deed of Trust, Loan/ Mortgage of record, null and void.

7

40. Return all monies collected on this transaction to date with the same interest as the original Promissory Note calculated from the date of the loan paid in one lump sum.

41. Punitive damages for every intentional and knowing violation;

42. Declare the promissory note to be fully discharged.

43. Damages not to exceed the jurisdictional limits of this Court.

44. Recording fees, Court Cost, Servicing Fee's, expenses and any such other and further relief to which the plaintiff may Justly be entitled.

45. Any other equitable relief, which the court deems, appropriates in this case.

46. Any and all other remedies appropriate and necessary deemed by this Honorable Court.

Respectfully submitted this the _9th_ day of _January_ 2012.

KEVIN BIERWIRTH,
13276 Research Blvd # 204
Austin, TX 78750
T: 512-582.1031

8

CERTIFICATE OF SERVICE

Plaintiff's request that the clerk of the court prepare citation and that same be served by the clerk as authorized by the Texas rules by certified mail , return receipt requested , to the parties and addressed as follows:

**KEVIN BIERWIRTH** may be served at

13276 Research Blvd #204

Austin, TX 78750

**BANK OF AMERICA, NA. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP. FKA COUNTRYWIDE HOME LOANS SERVICING** may be served through its registered agent:

**CT Corporation System**

**350 N, St. Paul St. , Ste. 2900**

**Dallas, Texas 75201 - 4234**

This is to certify that on this the 9th day of  January 2012 a true and correct copy of the foregoing **PLAINTIFF'S VERIFIED ORIGNAL PETITION FOR QUIET TITLE ACTION AND UNLAWFUL FORECLOSURE** has been forwarded by fax to Defendants at:

**BANK OF AMERICA, NA. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP. FKA COUNTRYWIDE HOME LOANS SERVICING**

**704.386.6699**

9

## VERIFICATION

STATE OF TEXAS

COUNTY OF TRAVIS

I, KEVIN BIERWIRTH, hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

KEVIN BIERWIRTH

13276 Research #204

Austin, TX 78750

T: 512- 582.1031

SUBSCRIBED AND SWORN TO BEFORE ME on this the 9TH day of JANUARY _____ 2012,

Notary Public in and for

The State of Texas.

TRAVIS COUNTY

KAREN MELISSA TURNER
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES
07-01-2015

After recording return to:

KEVIN BIERWIRTH,

13276 Research Blvd # 204

Austin, TX 78750

T: 512-582.1031

10

CASE NO.: 12-0037-C26

| | |
|---|---|
| Kevin Bierwirth<br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, NA.<br>SUCCESSOR BY MERGER TO BAC<br>HOME LOANS SERVICING, LP. FKA<br>COUNTRYWIDE HOME LOANS<br>SERVICING<br>Defendants<br><br><br>Notice to Agents is Notice to Principles<br>Notice to Principles is Notice to Agents | IN THE DISTRICT COURT<br><br>~~ATTORN~~ NO. 26th<br><br>WILLIAMSON COUNTY, TEXAS |

### AFFIDAVIT OF INABILITY TO PAY

**STATE OF TEXAS**
**COUNTY OF** Williamson

**BEFORE ME,** the undersigned authority, on this day personally appeared January 9, 2012 _____, who being by me duly sworn, on oath state:

My income, resources, and expenses are set out in the schedule below:

Monthly Income:                          Amount Source or Description

a) Public Benefits: ___0___                _____

b) Net Employment: _0 - 1000.00_        Real Estate Commissions

c) Other Income: _400.00_                Rental

FILED
at 8:N o'clock A M

JAN 1 0 2012

Lisa David
District Clerk, Williamson Co., TX.

d) Spouse's Income: _____          _____

(if available)

Number of Dependents: _____

Property:

a) Cars or Trucks (Year/Make):

1) _1998 Montie Carlo_          2)_____

b) Checking and/or Savings Account:

Bank: _United Hertioge_          Amount: $_____

c) Cash: $ _- 38 ⁰⁰_

Other Property: (exclude homestead)

_____

Monthly Expenses:

| | | | |
|---|---|---|---|
| Rent/Mortgage: | | Food: | _300.00_ |
| Car Payment: | Ø | Child Care: | Ø |
| Transportation: | _320.00_ | Medical | Ø |
| Insurance: | _58.33_ | Utilities: | _227.00_ |
| Clothing/Laundry: | | other: | _170.00_ |
| Total: $ | _1,075.00_ | | |

Debts and child support obligations (exclude house and automobile):

**Creditor: Monthly Payment:**

1. _Sprint Phone_    _137.00_

2. _____

3. _____

12

4. _____

5. _____

I am unable to pay the court costs in this cause. I verify that the statements made in

this affidavit are true and correct.

_____
Affiant

**SUBSCRIBED AND SWORN TO BEFORE me**, on this 9TH day of

JANUARY , 2012

_____

Notary Public of Texas

My commission expires:

7/1/2015

KAREN MELISSA TURNER
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES
07-01-2016

After recording return to:
KEVIN BIERWIRTH,
13276 Research Blvd # 204
Austin, TX 78750
T: 512-582.1031

13