IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KEVIN BIERWIRTH,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P., F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P.<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendant Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P., f/k/a Countrywide Home Loans Servicing, L.P ("Defendant"), files this its Corporate Disclosure Statement and Certificate of Interested Parties.

**Bank of America's Disclosure Statement:** Bank of America, N.A. is a publicly traded company and a wholly owned subsidiary of BANA Holding Corporation. BANA Holding Corporation is a wholly owned subsidiary of BAC North America Holding Company. BAC North America Holding Company is a wholly owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly traded corporation, and no publicly traded corporation owns more than 10% of Bank of America Corporation.

The following entities and/or persons are financially interested in the outcome of this case:

1)   Kevin Bierwirth; and

388919.1
104060.0558

    2)    Bank of America, N.A.

Respectfully submitted,

By: */s/ Nathan T. Anderson*
**JEFFREY R. SEEWALD**
State Bar No. 17986640
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
(713) 520-1900
(713) 520-1025 (Fax)
jseewald@mcglinchey.com

**NATHAN T. ANDERSON**
State Bar No. 24050012
McGlinchey Stafford, PLLC
2711 N. Haskell Ave., Suite 2750
Dallas, TX 75204
(214) 445-2445
(214) 445-2450 (fax)
nanderson@mcglinchey.com

***ATTORNEYS FOR DEFENDANT***

### CERTIFICATE OF SERVICE

I certify that on February 6, 2012, a correct copy of the foregoing Notice of Removal was filed with the Clerk of the Court via the Court's CM/ECF system and that a correct copy of same was forwarded to the following:

***Via Certified Mail Return Receipt Requested No. 70103090000134260707***
Kevin Bierwirth
13276 Research Boulevard
Suite 204
Austin, Texas 78750

*Pro Se Plaintiff*

    */s/ Nathan T. Anderson*
    Nathan T. Anderson

388919.1
104060.0558