IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KEVIN BIERWIRTH,<br>         PLAINTIFF,<br><br>V.<br><br>BANK OF AMERICA, N.A., AS<br>SUCCESSOR BY MERGER TO BAC<br>HOME LOANS SERVICING, L.P., F/K/A<br>COUNTRYWIDE HOME LOANS<br>SERVICING, L.P.,<br>         DEFENDANT. | § § § § § § § § § § § § | CAUSE NO. A-12-CV-112-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause of action. On this day, the court granted Defendant's Motion to Dismiss, dismissing all of Plaintiff Kevin Bierwirth's claims against Defendant Bank of America, N.A., with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of March, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE